IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Batalla, Procopio<br>Batalla, Denise M<br>Printed: 03/10/09 | Case Number: 08 B 07825<br>Judge: Hollis, Pamela S<br>Filed: 4/1/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 26, 2009
Confirmed: August 4, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 10,112.00 | |
| Secured: | | 9,454.72 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 657.28 |
| Other Funds: | | 0.00 |
| Totals: | 10,112.00 | 10,112.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 113.20 | 0.00 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 0.00 | 0.00 |
| 5. | Saxon Mortgage Services Inc | Secured | 20,909.13 | 8,730.19 |
| 6. | Chase Automotive Finance | Secured | 10,506.19 | 724.53 |
| 7. | Saxon Mortgage Services Inc | Secured | 38,977.99 | 0.00 |
| 8. | Illinois Dept Of Healthcare And Family | Priority | 4,608.60 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 73.40 | 0.00 |
| 10. | Ginny's | Unsecured | 11.81 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 45.43 | 0.00 |
| 12. | Providian National Bank | Unsecured | 69.36 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 42.70 | 0.00 |
| 14. | Asset Acceptance | Unsecured | 10.56 | 0.00 |
| 15. | Capital One | Unsecured | 75.01 | 0.00 |
| 16. | Verizon Wireless Midwest | Unsecured | 98.56 | 0.00 |
| 17. | Chase Automotive Finance | Unsecured | 553.74 | 0.00 |
| 18. | Capital One | Unsecured | 453.43 | 0.00 |
| 19. | Seventh Avenue | Unsecured | 25.34 | 0.00 |
| 20. | RoundUp Funding LLC | Unsecured | 127.70 | 0.00 |
| 21. | Commonwealth Edison | Unsecured | 49.40 | 0.00 |
| 22. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 23. | American General Finance | Unsecured | | No Claim Filed |
| 24. | American General Finance | Unsecured | | No Claim Filed |
| 25. | Capital One | Unsecured | | No Claim Filed |
| 26. | Bank One | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Batalla, Procopio | Case Number: 08 B 07825 |
|---|---|---|
| | Batalla, Denise M | Judge: Hollis, Pamela S |
| | Printed: 03/10/09 | Filed: 4/1/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Brylane Home | Unsecured | | No Claim Filed |
| 28. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 29. | Comcast | Unsecured | | No Claim Filed |
| 30. | Columbia House | Unsecured | | No Claim Filed |
| 31. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 32. | Dish Network | Unsecured | | No Claim Filed |
| 33. | Harris & Harris | Unsecured | | No Claim Filed |
| 34. | Ocwen Loan Servicing LLC | Unsecured | | No Claim Filed |
| 35. | Alliance One | Unsecured | | No Claim Filed |
| 36. | Illinois Dept of Revenue | Unsecured | | No Claim Filed |
| 37. | Village of Westchester | Unsecured | | No Claim Filed |
| | | | $ 76,751.55 | $ 9,454.72 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 657.28 |
| | $ 657.28 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: